UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 14-CIV-62666-BLOOM/Valle**

MARTIN TACHER,

    Plaintiff,

v.

NAIL CITY & SPA, INC.,
d/b/a CAMILLA DAY SPA, and
CORAL-CS/LTD. ASSOCIATES,

    Defendants.

_____/

**FINAL ORDER OF DISMISSAL WITH PREJUDICE**

**THIS MATTER** is before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice, ECF No. [33]. The Court having considered the Stipulation, and being otherwise duly informed therein, it is hereby

**ORDERED AND ADJUDGED** that the parties' Stipulation **ECF No. [33]** is **APPROVED AND ADOPTED**, and the above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction for the sole purpose of enforcing the terms of any settlement between the parties. Each party is to bear its own attorneys' fees and costs. The Clerk is directed to **CLOSE** this matter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 22nd day of May, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:
Counsel of Record